UNITED STATES DISTRICT COURT
Western District of Tennessee

Thomas M. Gould
Clerk of Court
495-1250

Memphis         901-495-1200
         Fax              901-
Jackson         731-421-9200
Fax             731-731-9210

DATE: June 21, 2005

NOTICE TO ALL PARTIES

RE:   CRIMINAL CASE NO.   99-20008
      UNITED STATES OF AMERICA vs. JEFFREY HOUSTON

   ____ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

   _XX_ RULE 40 TRANSFER

Following documents received from USDC for the EASTERN DISTRICT OF ARKANSAS(Little Rock)  (1)Warrant for Arrest (2)Minutes: First Appearance (3)SEALED document(Financial Document) (4)Order Appointing Counsel(5)WAVIER OF RULE 32.1 HEARINGS (6)Order Setting Conditions of Release (7)NOTICE of Initial Appearance  Please refer to document #72 in the case record.

                    Sincerely,

                    THOMAS M. GOULD,
                    Clerk of Court

                    BY: _____
                        Deputy Clerk

cc: Mag. Judge Case Mgr.

242 Federal Building              101 Federal Building
167 North Main Street             109 South Highland Avenue
Memphis, Tennessee 38103          Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:99-CR-20008 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT