AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:99-cr-20008-JPM   Document 76   Filed 08/10/05   Page 1 of 2   PageID 64

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _TC_ D.C.

05 AUG 10 AM 11: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

JEFFREY HOUSTON
    Defendant.

Case Number 2:99CR20008-01-M1

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Jeffrey Houston, was represented by Samuel Perkins, Esq.

It appearing that the defendant, who was convicted on July 13, 2001 in the above styled cause and was placed on Supervised Release for a period of five (5) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months.

FURTHERMORE, the Court hereby imposes an additional period of thirty (30) months of Supervised Release with same previously imposed conditions to be supervised consecutively to his previous period of Supervised Release.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

Signed this the ___9___ day of August, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-11-05_

Defendant's SS No.: 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
Defendant's Date of Birth: 07/04/1977
U.S. Marshal No.: 16680-076
Defendant's Mailing Address: 602 Johnson Drive, West Memphis, AR 72301

(76)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:99-CR-20008 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT